# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Long White Cadillac |
| Line 3 | Writer(s) | Dave Alvin |
| Line 4 | Publisher Plaintiff(s) | David Alvin, Philip Joseph Alvin, Bill Bateman, and John Bazz, a partnership d/b/a Twin Duck Music |
| Line 5 | Date(s) of Registration | 5/27/83 |
| Line 6 | Registration No(s). | PA 175-227 |
| Line 7 | Date(s) of Infringement | 5/19/15 |
| Line 8 | Place of Infringement | Taos Mesa Brewing |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | She's Into Somethin' a/k/a She's Into Something |
| Line 3 | Writer(s) | Carl Wright |
| Line 4 | Publisher Plaintiff(s) | Arc Music Corp. |
| Line 5 | Date(s) of Registration | 3/18/87 |
| Line 6 | Registration No(s). | RE 334-722 |
| Line 7 | Date(s) of Infringement | 5/19/15 |
| Line 8 | Place of Infringement | Taos Mesa Brewing |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | That's All Right |
| Line 3 | Writer(s) | Arthur Crudup |
| Line 4 | Publisher Plaintiff(s) | George A. Crudup, Percy Lee Crudup, Preshell Crudup, Arthureen C. Kellam, James A. Crudup and Jonas A. Crudup, a partnership d/b/a Crudup Music; Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 11/3/83    3/17/55 |
| Line 6 | Registration No(s). | RE 185-246    Ep 88276 |
| Line 7 | Date(s) of Infringement | 5/19/15 |
| Line 8 | Place of Infringement | Taos Mesa Brewing |