# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

BROADCAST MUSIC, INC.; TWIN DUCK
MUSIC; ARC MUSIC CORP.;
CRUDUP MUSIC; UNICHAPPELL
MUSIC INC.,

      Plaintiffs,

v.                                           CV 15-712 MV/WPL

MUSICH ENTERTAINMENT, LLC
d/b/a TAOS MESA BREWING;
GARY FEUERMAN, JAYSON WYLIFE,
PETER KOLSHORN and DAN IRION,
each individually,

      Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

On March 15, 2016, I entered an Order to Show Cause (Doc. 19), requiring both counsel to show cause, in writing, for their absences at the status conference scheduled for that day. It now appearing that both counsel have submitted sufficient written explanations for their absences, the Order to Show Cause is quashed.

      IT IS SO ORDERED.

                                            _____
                                            William P. Lynch
                                            United States Magistrate Judge